# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 18, 2016

153218

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

*In re* D A Gonzalez, Minor.

SC: 153218
COA: 328854
St. Clair CC Family Division:
15-000160-NA

_____/

On order of the Court, the application for leave to appeal the January 26, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 18, 2016



Clerk

p0315